I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ~~ALL COUNSEL~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3-31-14

DEPUTY CLERK



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS,<br><br>          Petitioner,<br><br>vs.<br><br>CONNIE GIPSON, Warden,<br><br>          Respondent. | Case No. EDCV 14-0058-PA (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

On March 4, 2014, the assigned Magistrate Judge issued a Report and Recommendation in this matter in which he recommended that this action be dismissed for untimeliness. On March 21, 2014, petitioner filed a document in response to the Report and Recommendation captioned "Notice of Motion and Motion of Stay Pending Review of Magistrate Judge's Report and Recommendation," which includes objections to the Report and Recommendation and which the Court therefore construes as petitioner's objections to the Report and Recommendation.

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative Second Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. After engaging in a de novo review of those portions of the Report and Recommendation to which petitioner appears to be making objections, the Court accepts the findings and recommendation

of the Magistrate Judge.

    Accordingly, IT IS HEREBY ORDERED that Judgment be entered dismissing this action with prejudice.

DATED: March 27, 2014

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE