JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEWIS,<br><br>        Petitioner,<br><br>    vs.<br><br>CONNIE GIPSON, Warden,<br><br>        Respondent. | Case No. EDCV 14-0058-PA (RNB)<br><br>**J U D G M E N T** |

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge filed herewith,

      IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 27, 2014

                                      PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE